**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re: ENXTAR ELLOPROP, LLC:** § | | |
| § | | **Case No. 23-51806-cag** |
| **Debtor.** § | | **Chapter 11** |
| _____ § | | |

### CREDITOR MIDFIRST BANK'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned and the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby appears as additional counsel for Creditor MidFirst Bank and request all notices given or required to be given in this case, and all papers served or required to be served in this case, including, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorney at the following address:

**MARK D. CRONENWETT**
Texas Bar No. 00787303
mark.cronenwett@lewisbrisbois.com
**VIVIAN LOPEZ**
Texas Bar No. 24129029
vivian.lopez@lewisbrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (Fax)

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mark.cronenwett@lewisbrisbois.com

**VIVIAN LOPEZ**
Texas Bar No. 24129029
vivian.lopez@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith, LLC
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (Fax)
**ATTORNEYS FOR CREDITOR MIDFIRST BANK**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 25, 2024, a true and correct copy of the foregoing document was delivered to the following in the manner indicated:

Via ECF:
DAVID T. CAIN
8626 Tesoro Dr, Suite 811
San Antonio, TX 78217
Attorney for Debtor(s)

Via ECF:
U.S. TRUSTEE (SAN ANTONIO DIVISION)
615 E. HOUSTON STREET, SUITE 533
SAN ANTONIO, TX 78205

Via ECF:
11 US Trustee
Office of The United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Via U.S. Mail:
Entxar Elloprop LLC
20003 Penrice Dr
Katy, TX 77450
Debtor(s)

                                                  */s/ Mark D. Cronenwett*
                                                  **MARK D. CRONENWETT**